NEBOH KOSHER PROVISION Co., INC., Appellant, v. WEITZMAN BROS., INC., and Others, Defendants, Impleaded with ANNA BROOKS, Respondent — Order denying plaintiff's motion to vacate a stipulation of discontinuance entered into in open court on December 12, 1935, unanimously affirmed, with twenty dollars

costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.